# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ALEXANDER KEATON, | : | CIVIL ACTION |
| Petitioner | : | |
| | : | |
| v. | : | |
| | : | NO. 11-cv-07225-PD |
| LOUIS FOLINO, et al | : | |
| Respondents | : | |

## ORDER

For the reasons described in the Memorandum filed with this Order, it is on this __15th__ day of June, 2017,

## ORDERED

That the Petitioner's Motion (Doc. No. 80) is <u>denied</u>, without prejudice to a request for additional relief after compliance with this Order. Counsel for Mr. Keaton will provide me with a privilege log, in accordance with Fed. R. Civ. Pro. 26(b)(5), which contains the following information:

1. A description of the documents and other sources of information that have been searched in order to comply with this Order and prepare the privilege log.

2. A brief description of each item of information responsive to the questions in my Orders of April 27, 2017 and April 12, 2017. Each item of information shall be described on a separate line.

3. The manner in which the information was obtained, *e.g.*, conversation, document, or other means.

4. The source of the information.

5. If the information was communicated, the date the communication took place, the means of communication, the identity of the persons present or privy to the communication, and whether the person or persons involved in the communication(s) were attorneys, or employees or agents of attorneys.

6. Whether the petitioner contends that the information is subject to the attorney-client privilege, and if so, the basis for that contention.

7. Whether the petitioner contends the information is protected by the attorney work-product doctrine, and if so, the basis for that contention.

8. Whether the petitioner contends the information is a client confidence subject to R.P.C. 1.6, and if so, the basis for that contention.

9. All documents and other records that contain or mention an item of information referred to in paragraphs 1-8 shall be preserved intact in their original environment, together with their metadata. A copy of each such document and record will be rendered in PDF or paper format, and receive a unique Bates-stamp number. These copies will be preserved together in a readily accessible and reproducible format, separate from the original documents and records.

10. The privilege log itself will be filed under seal. The documents referred to in paragraph 9 shall be retained by counsel until this matter has been disposed of by final judgment, or until further order of the court.

Counsel will submit a printed version of this privilege log to me in chambers, as well as an electronic copy in Word and/or Excel format, on or before July 12, 2017. The privilege log will be filed under seal, and a copy will not be served on opposing counsel until further order.

BY THE COURT:

_s/Richard A. Lloret_____
RICHARD A. LLORET
U.S. Magistrate Judge