IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ALEXANDER KEATON, | : |
| Petitioner, | : |
| | : |
| v. | : Civ. No. 11-7225 |
| | : |
| LOUIS FOLINO, et al., | : |
| Respondents. | : |

## JUDGMENT

**AND NOW**, this 19th day of June, 2019, upon consideration of Petitioner Alexander Keaton's Amended Petition for Writ of *Habeas* Corpus (Doc. No. 20), Magistrate Judge Lloret's Report and Recommendation (Doc. No. 121), Keaton's Objections (Doc. No. 128), and all related filings, it is hereby **ORDERED as follows**:

1. Keaton's Amended Petition for Writ of *Habeas Corpus* (Doc. No. 20) is **DENIED**;

2. The Magistrate Judge's Report and Recommendation (Doc. No. 121) is **APPROVED and ADOPTED**;

3. Keaton's Objections (Doc. No. 128) are **OVERRULED**;

4. A certificate of appealability will **NOT ISSUE**; and

5. The **CLERK OF COURT** shall **CLOSE** this case.

**AND IT IS SO ORDERED**.

*/s/ Paul S. Diamond*
_____
Paul S. Diamond, J.